UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIT'L PEPPER GOURMET, INC.,, <br><br>                    Plaintiff, <br><br> v. <br><br> SYSCO CORPORATION, <br><br>                    Defendant. | Case No.: 3:17-cv-01232-L-BLM <br><br> **ORDER GRANTING JOINT MOTION [Doc. 25] TO DISMISS** |

Pursuant to the Parties' joint motion to dismiss under Fed. R. Civ. P. 41, the Court hereby dismisses this action with prejudice, each party to bear its own fees and costs.
**IT IS SO ORDERED.**

Dated:  March 2, 2018

_____
Hon. M. James Lorenz
United States District Judge